## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

v.

**Case No. 2:22-cr-55(7)**

**Judge Michael H. Watson**

**Cierra Sade Stratton,**

### ORDER

There being no objections, and upon review of the Indictment, Plea

Agreement, and Report and Recommendation of the Magistrate Judge ("R&R")

the Court hereby adopts the R&R, ECF No. 284. The Court accepts Defendant's

plea of guilty to the lesser included offense of Count 1 of the Indictment, and she

is hereby adjudged guilty on that count. The Court will defer the decision of

whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**